WILEY Y. DANIEL
UNITED STATES DISTRICT JUDGE



TELEPHONE: (303) 335-2170

July 22, 2008

Judicial Conference of the
United States Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2007 Filing

Dear Members of the Committee:

This letter is in response to your request for additional information in connection with my annual financial disclosure report under the Ethics in Government Act of 1978 dated June 26, 2008. This letter shall serve as an amendment to my report.

In Part VII, page 5, line 2 of my report, I listed "Denver, CO real property," which was not in my prior report. This asset was previously owned but was exempt from disclosure because its income and value were below the reporting thresholds. After reviewing the filing instructions, I should have inserted a parenthetical "(X)" in my report alongside the name of the asset as instructed in the heading to Column A.

Please contact me if you need additional information.

Very truly yours,

United States District Judge

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Daniel, Wiley Y | **2. Court or Organization**<br><br>U.S. District Court, Colorado | **3. Date of Report**<br><br>04/28/2008 |
| **4. Title** (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge Active | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2007<br>to<br>12/31/2007 |
| **7. Chambers or Office Address**<br><br>United States District Court<br>901 19th Street, A1038<br>Denver, Colorado 80294 | **8.** On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | The Bridge Project |
| 2. President-Elect and Member of Board | Federal Judges Association |
| 3. Director | Colorado Campaign for Inclusive Excellence |
| 4. | |
| 5. | |

RECEIVED 2008 MAY -b A 10: 19 DISCLOSURE FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daniel, Wiley Y | 04/28/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | University of Colorado School of Law for Teaching | $ 14,200 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Law Education Institute & Colorado Bar Association | 1/3 to 1/7/2007 | Snowmass, CO | Speaker at CLE Program | Lodging & Food |
| 2. | Federal Judges Association | 5/4 to 5/7/2007 | Pentagon City, VA | Board Meeting | Transportation, Food & Lodging |
| 3. | Judicial Conference Committee on Judicial Resources | 6/11/07 to 6/14/2007 | Sarasota, FL | Committee Meeting | Transportation, Food & Lodging |
| 4. | Ninth Circuit Media Conference | 9/5/07 to 9/06/2007 | Pasadena, CA | Speaker at Conference | Transportation, Food & Lodging |
| 5. | Judicial Conference | 12/5/07 to | Washington, D.C. | Committee Meeting | Transportation, Food & Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Daniel, Wiley Y | 04/28/2008 |

| Committee on Judicial Branch | 12/07/2007 | | | |
|---|---|---|---|---|

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Countrywide Mortgage | Mortgage on real property in Frisco, CO | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daniel, Wiley Y | 04/28/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Frisco, CO real property | D | Distribution | K | T | | | | | |
| 2. Denver, CO real property | D | Distribution | L | T | | | | | |
| 3. Charles Schwab & CO--See attached sheet for transactions | | None | M | T | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

Daniel, Wiley Y.
Financial Disclosure Report - Calendar year 2007
Prepared February 14, 2008

| Description of Assets | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Amount Code | Type | Value Code | Value Method | Type | Date | Value Code | Gain Code | Private transaction |
| Charles Schwab IRA | | | | | | | | | |
| Mutual Fund Holdings: | | | | | | | | | |
| - Merger | A | Div/Cap Gn | J | T | | | | | |
| - Oakmark Select | B | Div/Cap Gn | K | T | Add'l purchase | 4/9/2007 | J | | N/A |
| - Turner Midcap Growth | None | N/A | J | T | | | | | |
| - Third Avenue Small Cap Value | A | Div/Cap Gn | J | T | Partial sale | 4/9/2007 | J | B | N/A |
| - TCW Galileo Select | B | Cap Gn | J | T | Add'l purchase | 4/9/2007 | J | | N/A |
| - Artisan International | C | Div/Cap Gn | K | T | | | | | |
| - Oakmark International | C | Div/Cap Gn | K | T | Partial sale | 4/9/2007 | J | B | N/A |
| - Oppenheimer Developing Markets | B | Div/Cap Gn | J | T | Partial sale | 4/9/2007 | J | A | N/A |
| - Loomis Sayles Bond | C | Dividend | L | T | | | | | |
| - Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| - Berkshire Hathaway | None | N/A | K | T | | | | | |
| | | | | | | | | | |
| Charles Schwab joint brokerage account | | | | | | | | | |
| - Schwab Money Market Fund | A | Dividend | J | T | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Daniel, Wiley Y | 04/28/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544